## RECONSIDERATION DOCKET

**96–2154.   State ex rel. Oberer Dev. Co. v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 16075.   On October 7, 1996, appellants/cross-appellees filed a motion for reconsideration of this court's dismissal of their appeal for want of prosecution.   In the motion for reconsideration, appellants/cross-appellees incorporated by reference a document titled "Appellants' Motion for Clarification of Filing Dates and Motion to Accept Merit Brief."   Whereas the incorporated motion is, in essence, a motion to waive the deadline for the filing of the appellants' brief, and S.Ct.Prac.R. XIV(1)(C) prohibits motions to waive the rule against untimely filings,

IT IS ORDERED by the court, *sua sponte*, that the incorporated motion be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that the motion for reconsideration be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS